

JANUARY 23, 1996

No. 95–7453 (A–587). TOWNES v. ANGELONE, DIRECTOR, VIR-GINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

No. 95–7512 (A–598). TOWNES v. VIRGINIA. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 95–7573 (A–611). TOWNES v. ANGELONE, DIRECTOR, VIR-GINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JANUARY 25, 1996

No. A–616. ANDERSON, WARDEN v. BUELL. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

JUSTICE SCALIA, with whom THE CHIEF JUSTICE, JUSTICE KENNEDY, and JUSTICE THOMAS join, dissenting.

I respectfully dissent from the Court's refusal to vacate the stay entered by the Court of Appeals for the Sixth Circuit.

On July 17, 1982, respondent abducted an 11-year-old girl while she was collecting aluminum cans in a ballpark across the street from her home. The Ohio Supreme Court's opinion affirming respondent's conviction and death sentence describes what authorities found six days later:

"[The victim] had been viciously sexually assaulted by the thrusting of a rigid object against the inlet of her vagina and then strangled to death. Her feet were bound with a large